UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON TYRONE PALMER,

    Plaintiff,

v.

Case No. 23-cv-12961
Hon. Matthew F. Leitman

BOKANI PROPERTY
MANAGEMENT GROUP,

    Defendant.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                              KINIKIA ESSIX
                              CLERK OF COURT

                By:   s/Holly A. Ryan
                          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 22, 2024
Detroit, Michigan